DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERAMY CALDERON**,
Appellant,

v.

**ALEXANDER BENJAMIN,**
Appellee.

No. 4D22-1430

[March 23, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE18-016905.

Christopher Hixson of Consumer Law Attorneys, Clearwater, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***